People v Ingramm (2024 NY Slip Op 50719(U))

[*1]

People v Ingramm (Augustus)

2024 NY Slip Op 50719(U)

Decided on June 13, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 13, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570989/18

The People of the State of New York, Respondent,
against
Augustus Ingramm, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Suzanne J. Adams, J. at plea; Herbert J. Moses, J. at sentencing), rendered October 11, 2018, convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the seventh degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Suzanne J. Adams, J. at plea; Herbert J. Moses, J. at sentencing), rendered October 11, 2018, reversed, on the law, the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, the accusatory instrument charging defendant with seventh-degree criminal possession of a controlled substance (see Penal Law § 220.03) was jurisdictionally defective and must be dismissed, since it failed to set forth facts sufficient to establish reasonable cause to believe that defendant possessed a controlled substance. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 13, 2024